The People of the State of New York ex rel. Elijah Lazarus, Respondent, v. Daniel E. Sheehan and Others, Constituting the Board of Fire Commissioners of the City of Elmira, N. Y., Appellants.— Ordered that the decision herein be amended so as to read as follows: "Final order reversed on the ground that at the time of the granting thereof and of the trial the office to which the order directs relator's reinstatement was occupied by one Masterson, not a party to this proceeding, who had been appointed thereto and who was discharging the duties of said office.　It does not appear whether or not the appointment was made before this proceeding was commenced.　New trial granted, with costs to appellant to abide event.　Opinion per curiam.　All concurred, except Smith, P. J., not voting."　(See 128 App. Div. 743.)

S. Walter Scott, Respondent, v. Village of Saratoga Springs, Appellant.— Decision amended so as to read as follows: " Judgment and order reversed upon the law and exceptions only, this court having examined the facts and having found them sufficient and having affirmed the aforesaid order and judgment upon the facts, and new trial granted, with costs to appellant to abide event. Opinion by Kellogg, J.　All concurred, except Chester and Cochrane, JJ., dissenting."　(See ante, p. 347.)

## FOURTH DEPARTMENT, MARCH, 1909.

Peter A. Porter, Individually and as Grantee and in the Name of George M. Porter, Individually and as Sole Surviving Executor of Josephine M. Porter, and Others, Respondents, v. The International Bridge Company and Others, Appellants, Impleaded with Benjamin Flagler, as Committee, etc., of Jane Porter, an Adjudged Lunatic, and Others.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Niagara, Lockport and Ontario Power Company, Respondent, v. Thomas J. Bridges and Oliver B. Furman, Defendants, and James D. Harris and Others, Individually and as Members of the Town Board of the Town of Perinton, in the County of Monroe, and Thomas Slocum, Individually and as Highway Commissioner of Said Town, Appellants.— Judgment affirmed, with costs. All concurred.

Michael Farrell and Margaret Farrell, Respondents, v. Nora T. Berkery, Appellant.— Judgment affirmed, with costs.　All concurred.

Thomas H. Thurston, an Infant, by Edward Haley, His Guardian ad Litem, Respondent, v. Henry G. Trout, Appellant.— Judgment and order affirmed, with costs.　All concurred.

Louis H. Wahl, as Administrator, etc., of Julius P. Wahl, Deceased, and Others, Respondents, v. George L. Lewis and Adelbert Moot, Appellants.— Judgment and order affirmed, with costs.　All concurred.